UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| P3 INTERNATIONAL CORP. and Daniel LIU, <br><br> Plaintiffs, <br><br> v. <br><br> UPM MARKETING, INC., UPM TECHNOLOGY (USA), INC., and SMARTLABS, INC., d/b/a/ Smarthome, <br><br> Defendant. | Case No. <br><br> 08 CIV 5086 - DLC <br><br><br><br> DISCLOSURE STATEMENT |

Plaintiff P3 International Corp., pursuant to Fed.R.Civ.P. 7.1, discloses that it has no parent corporation and that there is no publically held corporation that owns 10% or more of its stock.

P3 INTERNATIONAL CORP.

By: _____
James A. Power Jr (JP8491)
Marguerite Del Valle (MD6923)

POWER DEL VALLE LLP
233 West 72 Street
New York, New York 10023
212-877-0100