UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| P3 INTERNATIONAL CORP. And Daniel LIU,<br>Plaintiff,<br><br>-V-<br><br>UPM MARKETING, INC., UPM TECHNOLOGY (USA), INC., and SMARTLABS, INC.<br>Defendants. | **CERTIFICATE OF MAILING**<br><br><br>08 CV 5086 (DLC) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 4TH day of June, 2008

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 3rd day of June, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8309 1213 0899**

_____
CLERK

Dated: New York, NY

**FedEx Express — International Air Waybill**
For all international shipments

22/25   19102946

Sender's Copy

## 1 From
Date: 5/3/08
Sender's FedEx Account Number: 2026-0519-9
Sender's Name: JAMES A. POWER, JR
Phone: 212 877-0100
Company: POWER DEL VALLE
Address: 233 WEST 72ND ST
City: NEW YORK
State/Province: NY
ZIP/Postal Code: 10023
Country: USA

## 2 Your Internal Billing Reference
ZZ8.962

## 3 To
Recipient's Name: UPM Marketing, Inc
Phone: ___
Company: ___
Address: 346 23rd Avenue SW
Dept/Floor: ___
City: Calgary
State/Province: Alberta
ZIP/Postal Code: T2S 0S2
Country: CANADA

Recipient's Tax I.D. number for Customs purposes
e.g. GST/RFC/VAT/IN/EIN, or as locally required

## 4 Shipment Information
☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.
Total Packages: ___
Total Weight: ___ lbs ☐ kg ☐
DIM: ___ × ___ × ___ in ☐ cm ☐

ALL shipments can be subject to Customs charges.

| Commodity Description REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| | | | |

Total Declared Value for Carriage: ___
Total Value for Customs (Specify Currency): ___

For U.S. Export Only, Check One
☐ No SED required per Exemption
☐ No SED required, value $2500 or less per Schedule B Commodity number

## 5 Express Package Service
Packages up to 150 lbs./68 kg
Packages over 150 lbs. use the FedEx Expanded Service Int. Air Waybill.

☐ FedEx Intl. Priority
☐ FedEx Intl. First
☒ FedEx Intl. Economy
NEW ☐ FedEx Intl. Extra Hours

## 6 Packaging
☒ FedEx Envelope
☐ FedEx Pak
☐ Other Pkg.
☐ FedEx 10kg Box
☐ FedEx 25kg Box

## 7 Special Handling
☐ HOLD at FedEx Location
☐ SATURDAY Delivery
Shipper must check/tick:
☒ This shipment does not contain Dangerous Goods.

## 8a Payment Bill transportation charges to:
☒ Sender Acct. No. in Section 1 will be billed
☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check/Cheque

## 8b Payment Bill duties and taxes to:
☒ Sender Acct. No. in Section 1 will be billed
☐ Recipient  ☐ Third Party

## 9 Required Signature
Sender's Signature: [signature]
Date Executed: 5/3/08

FedEx Tracking Number: 8309 1213 0899

412  0402

PACKAGE LABEL   COMMERCIAL INVOICE LABEL   DELIVERY RECORD LABEL   DELIVERY REATTEMPT LABEL

8309 1213 0899