AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

P3 INTERNATIONAL CORP. and Daniel LIU,
Plaintiffs

V.

UPM MARKETING, INC., UPM TECHNOLOGY
(USA), INC., and SMARTLABS, INC.

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:

'08 CIV 5086

TO: (Name and address of Defendant)

UPM TECHNOLOGY (USA), INC.
2473 South Archer Avenue
Chicago, Illinois  60616

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James A. Power Jr
Power Del Valle LLP
233 West 72 Street
New York, NY 10023

an answer to the complaint which is served on you with this summons, within _____ 20 (TWENTY) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 03 2008

| CLERK | DATE |
|---|---|

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>June 26, 2008 at 1:35 PM |
| NAME OF SERVER *(PRINT)*<br>Daniel Newcomb | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Service on UPM Technology (USA), Inc., was effectuated by serving Scott LaScala, Managing Agent duly authorized to accept service.  Service was made at The Corporation Trust Co., 1209 Orange St., Wilmington, DE 19801.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL<br>$0.00 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 27, 2008
              Date

*Signature of Server*

DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE 19806  (302) 429-0657

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.