UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| P3 INTERNATIONAL CORP. and DANIEL LIU, <br><br> Plaintiffs, <br><br> v. <br><br> UPM MARKETING, INC., UPM TECHNOLOGY (USA), INC., and SMARTLABS, INC., d/b/a Smarthome <br><br> Defendants. | Case No. 08 Civ. 5086 (DLC) <br><br> **STIPULATION TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the Plaintiffs P3 INTERNATIONAL CORP. and DANIEL LIU, and Defendants UPM MARKETING, INC. and UPM TECHNOLOGY (USA), INC. (collectively "UPM") and SMARTLABS, INC. that the time for Defendants to answer or otherwise respond with respect to Plaintiffs' complaint is extended to August 29, 2008.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated: Aug 15 2008    By: _____
James A. Power Jr.
POWER DEL VALLE, LLP
233 West 72 Street
New York, New York 10023
212-877-0100
jp@powerdel.com
Attorneys for Plaintiffs

So ordered.
/s/ Denise Cote
August 21, 2008

1158621 v1

Dated: 8/18/08 TMN
~~08/15/08~~

By: /s/
Tod M. Melgar
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, New York 10281-2101
212-415-8574
tmelgar@morganfinnegan.com
Attorneys for Defendants UPM

Dated: 08/15/08

By:
Thomas P. Lane
WINSTON & STRAWN, LLP
200 Park Avenue
New York, N.Y. 10166-4193
212-294-6869
tlane@winston.com
Attorneys for Defendant Smartlabs, Inc.

U.S.D.J.

1158621 v1