UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| P3 INTERNATIONAL CORP. and DANIEL LIU,<br><br>                Plaintiffs,<br>v.<br><br>UPM MARKETING, INC.,<br>UPM TECHNOLOGY (USA), INC., and<br>SMARTLABS, INC., d/b/a Smarthome<br><br>                Defendants. | Case No. 08 Civ. 5086 (DLC)<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)** |

      Defendants UPM MARKETING, INC. ("UPM Marketing") and UPM TECHNOLOGY (USA), INC. ("UPM Technology"), pursuant to Federal Rule of Civil Procedure 7.1(a), state that neither UPM Marketing nor UPM Technology have a parent corporation, and no publicly held corporation owns 10% or more of their stock.

      Defendant, SMARTLABS, INC. ("SmartLabs"), pursuant to Federal Rule of Civil Procedure 7.1(a), states that it has no parent corporation, and no publicly held corporation owns 10% or more of the stock of Smartlabs.

                                          MORGAN & FINNEGAN, LLP

Dated: _____08/28/08_____       By: ___/s/ Tod M. Melgar_____
                                                         Tod M. Melgar
                                                         Danielle V. Tully
                                                         3 World Financial Center
                                                         New York, New York 10281
                                                         Tel: (212) 415-8700
                                                         Fax: (212) 415-8701
                                                         tmelgar@morganfinnegan.com
                                                         dtully@morganfinnegan.com
                                                         Attorneys for Defendants
                                                         UPM Marketing and UPM Technology

LA:221878.1

|  |  |
|---|---|
| Dated: _____8/28/08_____ | WINSTON & STRAWN, LLP<br><br>By: _____<br>Thomas P. Lane<br>200 Park Avenue<br>New York, New York<br>Tel: (212) 294-6869<br>tlane@winston.com<br>Attorneys for Defendant SmartLabs, Inc. |

LA:221878.1